# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

COLANDRO DEWAYNE PETERS,

    Plaintiff,

v.                               Case No. 3:19cv11-RV/HTC

FLORIDA COMMISSION ON OFFENDER REVIEW,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 15, 2019 (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Plaintiff has filed a Second and Third Amended Complaint (ECF No. 17 and 18) and an objection to the Report and Recommendation (ECF No. 19).

Having considered the Report and Recommendation, the amended complaints, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) This action is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim on which relief may be granted.;

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of July, 2019.

        s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**